1  Douglas J. Farmer, State Bar No. 139646
   douglas.farmer@ogletreedeakins.com
2  Christopher M. Ahearn, State Bar No. 239089
   chris.ahearn@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6  ATTORNEYS for
   W.W. GRAINGER, INC.
7
   Thomas W. Falvey
8  J.D. Henderson
   Michael H. Boyamian
9  LAW OFFICES OF THOMAS W. FALVEY
   301 North Lake Avenue, Suite 800
10 Pasadena, California 91101
   T:  (626) 795-0205
11 F:  (626) 795-3096
   tomaswfalvey@gmail.com
12 hendersonj2004@gmial.com
   Attorney for Plaintiff
13 MARITZA STOVALL-GUSMAN

14 Hunter Pyle
   Mana Barari
15 Sundeen Salinas & Pyle
   428 13th Street, 8th Floor
16 Oakland, California 94612
   T: (510) 663-9240
17 F: (510) 663-9241
   hpyle@ssrplaw.com
18 Attorney for Plaintiff
   MARITZA STOVALL-GUSMAN

19
20                       **UNITED STATES DISTRICT COURT**

21                       **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARITZA STOVALL-GUSMAN, an individual on behalf of herself and all others similarly situated and the general public,<br><br>            Plaintiff,<br><br>       vs.<br><br>W.W. GRAINGER, INC. and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. 3:13-cv-02540-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:   March 22, 2013<br>Trial Date:     None Set<br><br>Judge:   Hon. Richard Seeborg<br>Dept.:   Courtroom 3 - 17th Floor |

Defendant W.W. Grainger, Inc. ("Defendant") and Plaintiff Maritza Stovall-Gusman ("Plaintiff") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court set a Case Management Conference for September 19, 2013;

WHEREAS, Douglas J. Farmer, lead counsel for Defendant and Christopher M. Ahearn have scheduling conflicts for September 19, 2013;

WHEREAS, Douglas J. Farmer, lead counsel for Defendant has a scheduling conflict for September 26, 2013;

WHEREAS, for the foregoing reasons, the Parties respectfully request that the Case Management Conference be rescheduled to October 3, 2013 at 10:00 a.m. or to a later date acceptable to the Court;

WHEREAS, parties have filed a joint Case Management Conference Statement on September 3. 2013 (Docket No. 15);

WHEREAS, counsel for the parties have met and conferred and Plaintiff does not oppose rescheduling the Case Management Conference to October 3, 2013 at 10:00 a.m.;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that the date for the initial Case Management Conference be continued to October 3, 2013 at 10:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: September 11, 2013         LAW OFFICES OF THOMAS W. FALVEY


By:      /s/Thomas W. Falvey
         Thomas W. Falvey
         J.D. Henderson
         Michael H. Boyamian

ATTORNEY FOR PLAINTIFF
MARITZA STOVALL-GUSMAN

1     Case No. 3:13-cv-02540-RS
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMNT CONFERENCE

DATED:  September 11, 2013								SUNDEEN SALINAS & PYLE

.

											By:        /s/Hunter Pyle
												Hunter Pyle
												Mana Barari

											ATTORNEY FOR PLAINTIFF
											MARITZA STOVALL-GUSMAN

DATED:  September 11, 2013								OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

											By:      /s/Christopher M. Ahearn
												Douglas J. Farmer
												Christopher M. Ahearn

											Attorneys for W.W. GRAINGER, INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:  September 11, 2013.								By:            /s/ Christopher M. Ahearn
													CHRISTOPHER M. AHEARN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/12/13

_____
Hon. Richard Seeborg
United States District Judge

15867067.2