IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARITZA STOVALL GUSMAN,           No. C 13-02540 RS

       Plaintiff,

v.                                    **CASE MANAGEMENT SCHEDULING ORDER**

W.W. GRAINGER,

       Defendants.

_____/

       Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 10, 2013. After considering the Joint Case Management Statement submitted by the parties, consulting with the attorneys of record for the parties and good cause appearing, and reviewing the parties' joint stipulation and proposed order regarding discovery and mediation schedule, IT IS HEREBY ORDERED THAT:

       1.      ALTERNATIVE DISPUTE RESOLUTION. The parties agree to complete private mediation by April 15, 2014.

       2.      DISCOVERY.

       The parties agree to engage in informal and formal discovery, within the limits imposed by the Federal Rules of Civil Procedure on interrogatories and depositions. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25)

interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

If the matter does not settle at mediation, the parties agree to complete all discovery on or before August 15, 2014.

3. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **May 8, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5. CLASS CERTIFICATION MOTION. Plaintiff's motion for class certification and all dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. Plaintiff's motion for class certification shall be heard no later than **November 20, 2014.**

IT IS SO ORDERED.

DATED: October 21, 2013

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2