LAW OFFICES OF THOMAS W. FALVEY
THOMAS W. FALVEY, SBN 65744
MICHAEL H. BOYAMIAN, SBN 256107
301 North Lake Avenue, Suite 800
Pasadena, California 91101
Telephone: (626) 795-0205
Facsimile: (626) 795-3096
E-mail: thomaswfalvey@gmail.com

SUNDEEN SALINAS & PYLE
HUNTER PYLE, SBN 191125
MANA BARARI, SBN 275328
428 13th Street, 8th Floor
Oakland, California 94612
Telephone: (510) 663-9240
Facsimile: (510) 663-9241
E-mail: hpyle@ssrplaw.com

Attorneys for Plaintiff MARITZA STOVALL-GUSMAN, on behalf of herself, all others similarly situated, and the general public

DOUGLAS J. FARMER, State Bar No. 139646
douglas.farmer@ogletreedeakins.com
CHRISTOPHER M. AHEARN, State Bar No. 239089
chris.ahearn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

*Additional counsel for defense listed on next page*

Attorneys for Defendant
W.W. GRAINGER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARITZA STOVALL-GUSMAN,<br>Plaintiff,<br>v.<br>W.W. GRAINGER,<br>Defendant. | Case No. C13-02540<br>**JOINT STATEMENT REGARDING ADR AND ~~[PROPOSED]~~ ORDER**<br>Complaint Filed: August 27, 2013<br>Trial Date: |

HENRY F. GALATZ, Illinois Bar No. 6180860 (*Pro Hac Vice*)
W.W. Grainger, Inc.
100 Grainger Parkway, Mail Stop B4E55
Lake Forest, IL 60045
Telephone: 847-535-1555
Facsimile: 847-535-1045
E-mail: galatz.h@grainger.com

The parties to the above-entitled action jointly submit this JOINT STATEMENT REGARDING ADR AND PROPOSED ORDER. The current deadline for the parties to complete ADR is April 15, 2014. The mediation in this case is scheduled to be held on May 6, 2014, the earliest date that all parties, their counsel, and the mediator were available. Accordingly, the parties request that the deadline for completion of ADR be continued to May 15, 2014.

Dated: April 9, 2014

/S/____________________
Counsel for plaintiff

Dated: April 9, 2014

/S/____________________
Counsel for defendant

**ADR SCHEDULING ORDER**

The Court continues the deadline for the parties to complete ADR from April 15, 2014, to May 14, 2014.

IT IS SO ORDERED.

Dated: 4/10/14

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE