UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: September 24, 2014

Judge: James Donato

Time: 9:58 - 10:05 = 7 Minutes

Case No.     **C-13-02540-JD**
Case Name    **Stovall-Gusman v. W.W. Granger, Inc.**

Attorney(s) for Plaintiff(s):     Hunter Pyle
Attorney(s) for Defendant(s):     Douglas J. Farmer/Henry Francis Galatz

Deputy Clerk: Lisa R. Clark                                Court Reporter:

### PROCEEDINGS

Motion for Settlement - Oral Argument Held.
Case Management Conference - Not Held.

### RESULT OF HEARING

The Court advised the parties that it will not approve a settlement that gives an enhancement to the lead plaintiff or that sets aside 30% of the settlement amount for attorneys' fees and costs, and on that basis denied the motion from the bench. If the parties submit a revised motion without the enhancement for lead plaintiff and with a reduced amount for attorneys' fees and costs, the Court will take the revised motion under submission without oral argument and issue an order.